JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TRAVIS J. BROWN,

                Plaintiff,

     v.

SERGEANT REYES,

                Defendant.

Case No. 5:23-cv-00440-JWH-AJR

**JUDGMENT**

1        Pursuant to the Court's Order Accepting Findings, Conclusions, and

2    Recommendations of United States Magistrate Judge,

3        It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is

4    **DISMISSED with prejudice**.

5        **IT IS SO ORDERED.**

6

7    Dated: November 17, 2025

8    _____

9    Hon. John W. Holcomb
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28